# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| BEVERLY C. COTTON, | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 1:17-cv-0651-JD |
| | : | |
| VS. | : | |
| | : | |
| ELLUCIAN SUPPORT, INC., and | : | |
| AETNA, INC., d/b/a AETNA LIFE | : | |
| INSURANCE CO., INC., | : | FEBRUARY 2, 2018 |
| | : | |
| Defendants. | : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendants in the above-captioned case hereby stipulate to a dismissal of this action with prejudice, each party to bear her or its own attorneys' fees, costs and expenses.

Plaintiff's counsel has reviewed this stipulation, assents to it, and has authorized defendants' counsel to file it jointly.

FOR PLAINTIFF:
BEVERLY C. COTTON

By: /s/ *William Schubert*
    William J. Schubert
    NH State Bar No. 10593
    Schubert Law Offices
    100 Webster Street
    Manchester, NH 03104
    (603) 669-1188
    Wjslaw1@aol.com

FOR DEFENDANTS:
AETNA LIFE INSURANCE COMPANY
AND ELLUCIAN SUPPORT, INC.

By: /s/ *Jean E. Tomasco*
    Jean E. Tomasco (*pro hac vice*)
    CT federal bar # ct09635
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT  06103-3597
    860-275-8200
    jtomasco@rc.com

## **CERTIFICATE OF SERVICE**

I, Jean E. Tomasco, hereby certify that I have contacted Plaintiff's counsel, who indicated his assent to the filing of this joint stipulation, and further certify that this document filed through the ECF system on February 2, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Jean E. Tomasco*
Jean E. Tomasco (*pro hac vice*)